In the Matter of the Claim of ELEANOR M. BROPHY, against THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.

STATE INDUSTRIAL BOARD, Respondent.

(Argued May 20, 1936; decided June 5, 1936.)

*Manly Fleischmann* and *Alger A. Williams* for appellant.
*John J. Bennett, Jr., Attorney-General (Leon Freedman* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS and FINCH, JJ. Dissenting: CROUCH and LOUGHRAN, JJ.